UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 10-72820-TJT

**GABRIEL J. BANKS,**  Chapter 7

    Debtor.  HON. THOMAS J. TUCKER
_____/

ORDER DISMISSING CHAPTER 7 CASE

**THIS MATTER** came before the Court upon the Motion of the United States Trustee for an order dismissing the above captioned case under the provisions of 11 U.S.C. § 707(b)(2)&(3) (Docket # 20). An Order Conditionally Granting the United State Trustee's Motion to Dismiss and Allowing Debtor to File a Motion to Convert to Chapter 13 was entered by the Court on March 9, 2011 (Docket #26), allowing the Debtor until March 23, 2011 to file a motion to convert and a 21-day notice of such motion. As of March 25, 2011 the Debtor has failed to do so. The Court being otherwise advised in the premises.

    **IT IS ORDERED** that above captioned case shall be and the same is **DISMISSED.**
.

**Signed on March 25, 2011**

                                                        /s/ Thomas J. Tucker
                                                        Thomas J. Tucker
                                                        United States Bankruptcy Judge