Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **10−72820−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Gabriel J Banks
    14825 Trenton Road
    Southgate, MI 48195

Social Security No.:
    xxx−xx−9471

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that on **3/25/11** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 3/25/11

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT